IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DOUGLAS SMITH,

       Plaintiff,

v.                             Case No.  4:16cv757-MW/GRJ

LEON COUNTY SHERIFF
MIKE WOODS, et al.,

       Defendants.

_____/

**ORDER ACCEPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15.[1]  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This case is **DISMISSED** for abuse of the judicial process and such dismissal shall operate as a "strike" pursuant to 28 U.S.C. § 1915(g).  All pending motions are

---

[1] Plaintiff's objections are not responsive to the report and recommendation. Instead, he lambasts the Magistrate Judge and suggests he should be disqualified.

1

denied." The Clerk shall close the file.

**SO ORDERED on December 21, 2016.**

**s/Mark E. Walker**
**United States District Judge**
